BENJAMIN B. WAGNER
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:04-CR-05298 OWW |
| Plaintiff, | |
| v. | STIPULATION TO ADVANCE SENTENCING HEARING; ORDER THEREON |
| LOURDES MARIA RAMOS, | Date: June 13, 2011 |
| Defendant. | Time: 9:00 a.m. |
| | Dept: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-referenced action now scheduled for June 20, 2011, at 9:00 a.m. is advanced to **June 13, 2011, at 9:00 a.m.**

The advancement of the sentencing hearing is being requested by the Government, as the undersigned Assistant United States Attorney is currently set to report for state court jury duty on June 20, 2011, at 8:30 a.m.  The undersigned Assistant United States Attorney

**Stipulation to Advance Sentencing Hearing;
Order Thereon**

has spoken to defense counsel and the assigned U.S. Probation Officer, and they have no objection to advancing the sentencing hearing to June 13, 2011, at 9:00 a.m.

Dated: June 7, 2011                /s/Michael W. Berdinella
                                   MICHAEL W. BERDINELLA
                                   Attorney for Defendant
                                   LOURDES MARIA RAMOS

Dated: June 7, 2011                BENJAMIN B. WAGNER
                                   United States Attorney

                               By: /s/Henry Z. Carbajal III
                                   HENRY Z. CARBAJAL III
                                   Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   June 8, 2011**              **/s/ Oliver W. Wanger**
                                   UNITED STATES DISTRICT JUDGE

**Stipulation to Advance Sentencing Hearing;
Order Thereon**                     2